UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FANG-YUH HSIEH, | ) | |
| | ) | |
| Plaintiffs, | ) | No. C06-5281 PJH (BZ) |
| | ) | |
| v. | ) | **ORDER GRANTING EXTENSION OF TIME** |
| | ) | |
| R. JAMES NICHOLSON, | ) | |
| | ) | |
| Defendants. | ) | |

By letter dated December 18, 2006, a copy of which is attached, defendant has requested a brief extension of time to respond to two sets of document requests to which a response is currently scheduled for January 2 and 3, 2007. The basis for the request is that defense counsel and representatives of the defendant responsible for producing the documents will be out of the office for the holidays. Plaintiff objects to any continuance, suggesting that everyone reschedule their holiday vacations. Plaintiff does not explain why his document requests are so urgent. A copy of his objection is attached.

Good cause appearing, **IT IS ORDERED** that the request for an extension is **GRANTED**. Defendant's responses are now due

1

**January 19, 2007.**

    Defense counsel also requests that the discovery conference scheduled for January 4, 2007 be continued because she will not be returning to the office until January 5, 2007. **IT IS THEREFORE ORDERED** that the discovery conference presently scheduled for January 4, 2007 at 3:00 p.m. is **continued** to **January 9, 2007 at 2:00 p.m.**

Dated: December 21, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HSIEH\ORDER GRANTING EXT.TIME.ORD.wpd

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

(415) 436-7181

FAX:(415) 436-6748

December 18, 2006

**VIA HAND DELIVERY**
The Honorable Bernard Zimmerman
United States Magistrate Judge
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *Fang-Yuh Hsieh v. R. James Nicholson*
            U.S.D.C., N.D. Cal., Case No. C 06-5281 PJH (BZ)

Dear Judge Zimmerman:

      I represent defendant R. James Nicholson, Secretary of the Department of Veterans Affairs, in the captioned Title VII lawsuit. Pursuant to the Initial Discovery Order, I write to request (1) a two-week extension of time to object and respond to plaintiff's two sets of document requests, and (2) a one- or two-week continuance of the initial discovery conference, currently set for January 4.

      On November 30 and December 1, plaintiff Fang-Yuh Hsieh served on the defendant two sets of document requests, seeking 29 separate categories of documents going back to the year 2001 and earlier. Under Federal Rule of Civil Procedure 34, objections and responses to those two sets of discovery are due by January 2 and 3, respectively. Additionally, an initial discovery conference is scheduled for January 4 at 3:00 p.m.

      I will be out of the office (and out of the country) starting December 22, and returning to the office on January 5. Additionally, the persons at the VA who are in the process of compiling the information and documents (Barbara Konno and Lori Churby) will be out of the office, respectively, from December 21 through January 3, and from December 22 through January 8. Furthermore, defendant has been unable to reach two of the persons (Dr. David Ronis and Dr. John Feussner) who are essential to responding to the document requests.

      I telephoned Dr. Hsieh, requesting a two-week extension to object and respond to the document requests, and requesting that he stipulate to continue the January 4 conference, explaining I would be out of the country and the relevant VA persons would also be out. He refused to extend the time or stipulate. Additionally, I advised Dr. Hsieh we would need to meet in person to discuss those issues, pursuant to the Initial Discovery Order, but he stated he did not have time.

The Honorable Bernard Zimmerman
December 18, 2006
Page 2


In light of those circumstances, the defendant respectfully requests that the Court (1) extend defendant's time to object and respond to plaintiff's two sets of document requests by two weeks, and (2) continue the January 4 discovery conference by one or two weeks.

                          Respectfully submitted,

                          Kevin V. Ryan
                          United States Attorney

       By:    LETITIA R. KIM
                Assistant United States Attorney

cc:    Fang-Yuh Hsieh (by e-mail and regular mail)

*Fang-Yuh Hsieh*
*1394 University Avenue*  Phone:(650) 462-1628
*Palo Alto, California 94301*

December 19, 2006

The Honorable Bernard Zimmerman
United States Magistrate Judge
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Fang-Yuh Hsieh v. R. James Nicholson*
           U.S.D.C., N.D. Cal., Case No. C 06-5281 PJH (BZ)

Dear Judge Zimmerman:

    This is a brief response to defendant's request, dated December 18, 2006, for extension of time to object and respond to plaintiff's requests, and for continuing discovery conference. Since defendant's excuses are preventable and manageable, the plaintiff opposes defendant's request. At this time, the defendant's attorney and relevant VA persons can still reschedule their vacations or find a back up person to take over their responsibilities without causing disruption to the discovery process.

                                        Respectfully submitted,

                                        Fang-Yuh Hsieh
                                        Plaintiff

cc:    LETITIA R. KIM, Assistant United States Attorney (by regular mail)