UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG-YUH HSIEH, | ) |
| | ) |
| Plaintiffs, | ) No. C06-5281 PJH (BZ) |
| | ) |
| v. | ) **SECOND DISCOVERY ORDER** |
| | ) |
| R. JAMES NICHOLSON, | ) |
| | ) |
| Defendants. | ) |

Following a discovery conference held on January 9, 2007 at which plaintiff and counsel for defendant were present, it is **ORDERED** as follows:

1) By **January 16, 2007**, defendant will determine which of those persons listed on plaintiff's request for depositions defendant will produce, and where;

2) By **January 19, 2007**, defendant and plaintiff will meet and confer pursuant to my First Discovery Order regarding (A) the date and place for plaintiff's deposition; (B) the persons defendant will produce for deposition, and where; and (C) the date(s) and place(s) for the initial depositions plaintiff

1

| | | |
|---|---|---|
|1| |wishes to take;|
|2|3)|Pursuant to General Order 45, plaintiff may elect to|
|3| |participate in the Electronic Case Filing Program|
|4| |(ECF) and have this case designated as an E-filing|
|5| |case.  Plaintiff is instructed to review the|
|6| |materials on the ECF website located at|
|7| |**http://ecf.cand.uscourts.gov**, which contains|
|8| |instructions regarding ECF registration forms,|
|9| |interactive tutorials, and complete instructions for|
|10| |E-filing.  By **January 19, 2007**, plaintiff must file|
|11| |a letter with the court stating whether he wishes to|
|12| |participate in the ECF program.  If he does, he must|
|13| |register as an E-filer no later than **February 2,**|
|14| |**2007**, after which both parties must comply with all|
|15| |rules regarding E-filing.|

Dated: January 10, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HSIEH\DISC.2.ORD.wpd