UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FANG-YUH HSIEH,

    Plaintiff,

    v.

R. JAMES NICHOLSON, Secretary, Department of Veterans Affairs,

    Defendant.

_____/

No. C 06-5281 PJH

**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER EXTENDING DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS**

    In light of defendant's stated non-opposition to plaintiff's motion for leave to file a second amended complaint, the motion is GRANTED.

    With regard to the parties' request for an extension of the discovery deadlines and the deadline for filing dispositive motions, the court will allow a five-month extension. The new dates are as follows. The cut-off date for non-expert discovery and expert discovery is December 28, 2007. The deadline for expert disclosure is October 31, 2007. The dispositive motions filing deadline is January 30, 2008.

    **No further continuances will be permitted under <u>any</u> circumstances.**

**IT IS SO ORDERED.**

Dated: May 23, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge