UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG-YUH HSIEH,<br><br>          Plaintiffs,<br><br>     v.<br><br>R. JAMES NICHOLSON,<br><br>          Defendants. | No. C06-5281 PJH (BZ)<br><br>**FIFTH DISCOVERY ORDER** |

A Discovery Conference was held on June 12, 2007.  Both parties were present.  **IT IS HEREBY ORDERED** that:

1.  By **June 29, 2007 at 12:00 p.m.,** defendant must certify in writing that it has properly conducted a good faith search for the electronic information requested by plaintiff and produced all requested information it could locate.  See Zubulake v. UBS Warburg LLC, 217 F.R.D. 309 and 229 F.R.D. 422, 432 (S.D.N.Y. 2004).

2.  Plaintiff is granted leave to file a motion to compel discovery by **July 11, 2007.**

3.  Defendant is granted leave to file a motion to compel discovery by **July 11, 2007**.

1

1         4.   Opposition to any motion shall be filed by **July 25, 2007.**

2         5.   Replies, if any, shall be filed by **August 1, 2007.**

3         6.   A hearing on all motions that are filed is scheduled for **August 15, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

          7.   Plaintiff may seek leave to serve additional interrogatories, pursuant to Federal Rule of Civil Procedure 33(a), as soon as he wishes.

          8.   Plaintiff is reminded that he can avoid some of defendant's discovery requests by limiting his claims.

          9.   Both parties are reminded to comply with Civil Local Rules, especially Local Rules 26-37 governing discovery practice.

Dated: June 14, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HSIEH\DISC.5.ORD.wpd

2