UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
FANG-YUH HSIEH,              )
                             )
          Plaintiffs,        )    No. C06-5281 PJH (BZ)
                             )
     v.                      )    SCHEDULING ORDER
                             )
R. JAMES NICHOLSON,          )
                             )
          Defendants.        )
_____)
```

Having received plaintiff's re-filed motion for leave to serve more than twenty-five interrogatories, **IT IS ORDERED** as follows:

1. Any opposition to plaintiff's motion shall be filed by **Wednesday, July 25, 2007**;

2. Any reply shall be filed by **Wednesday, August 1, 2007**;

3. A hearing on plaintiff's motion is scheduled for **Wednesday, August 15, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

///
///
///

1

1 | Francisco, California 94102.

2 | Dated: July 9, 2007

3 | _____
    Bernard Zimmerman
4 | United States Magistrate Judge

G:\BZALL\-REFS\HSIEH\SCH.ORD.wpd

2