1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   FANG-YUH HSIEH,              )
                                  )
12            Plaintiffs,         )      No. C06-5281 PJH (BZ)
                                  )
13        v.                      )
                                  )      **ORDER GRANTING DEFENDANTS'**
14   R. JAMES NICHOLSON,          )      **REQUEST FOR CONTINUANCE**
                                  )
15            Defendants.         )
     ─────────────────────────────)

16

17        Having reviewed defendants' request for a continuance and

18   plaintiff's opposition, **IT IS HEREBY ORDERED**, good cause

19   appearing, the hearing presently scheduled for August 15, 2007

20   is continued to **September 5, 2007 at 10:00 a.m.** in Courtroom

21   G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

22   Francisco, California 94102.

23   Dated: August 3, 2007

24                         _____

25                              Bernard Zimmerman
                            United States Magistrate Judge
26

27

28   G:\BZALL\-REFS\HSIEH\ORDER.GRANT.DEFS.REQUEST.CONT.wpd