1  discovery of evidence admissible on the issue of what caused
2  the distress which plaintiff reports experiencing.  For these
3  reasons, **IT IS ORDERED** that defendant's motion is **GRANTED** and
4  that plaintiff appear for a psychological examination at the
5  office of Steven Raffle, M.D., 350 Third St., Suite 500,
6  Oakland, California by no later than **September 15, 2007.**  If
7  plaintiff wishes to avoid this examination, he is free to
8  withdraw his entire claim for emotional distress.
9  Dated: August 9, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HSIEH\ORDER.GRANTING.DEFS.MOTION.PSYCH.EXAM.wpd