UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG-YUH HSIEH,<br><br>        Plaintiffs,<br><br>   v.<br><br>R. JAMES NICHOLSON,<br><br>        Defendants. | No. C06-5281 PJH (BZ)<br><br>**ORDER TAKING PLAINTIFF'S MOTION TO QUASH SUBPOENA FOR EMPLOYMENT RECORDS OFF CALENDAR** |

**IT IS ORDERED** that plaintiff's motion to quash the subpoena issued for production and inspection of his employment records is taken off calendar for failing to comply with my previous orders.[1]  My December 5, 2006 Initial Discovery Order requires parties to first "meet in person" and then "participate in a telephone conference with the Court before filing any discovery motions or other papers." Plaintiff does not appear to have done either yet.

In deciding whether to raise this dispute again,

---

[1] I have repeatedly admonished plaintiff to comply with my orders.  Plaintiff is warned that failure to do so may result in the imposition of sanctions.

1

1  plaintiff should be mindful that "a motion to quash must be
2  made before the production or deposition date identified in
3  the subpoena."  <u>Anderson v. Abercrombie & Fitch Stores, Inc.</u>,
4  2007 WL 1994059, *8 (S.D.Cal. 2007).
5  Dated: November 20, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

10 G:\BZALL\-REFS\HSIEH\Order Denying Motion to Quash.wpd