UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FANG-YUH HSIEH, | ) | |
| Plaintiffs, | ) | No. C06-5281 PJH (BZ) |
| v. | ) | |
| | ) | **ORDER RE PLAINTIFF'S REQUEST FOR RECONSIDERATION** |
| R. JAMES NICHOLSON, | ) | |
| Defendants. | ) | |

Defendant is **ORDERED** to respond to plaintiff's Request For Reconsideration, which the court deems a request to compel discovery, by **Noon, December 21, 2007**.

Dated: December 14, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HSIEH\ORDER RE RECONSIDERATION.wpd

1