UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FANG-YUH HSIEH, | ) | |
| Plaintiffs, | ) | No. C06-5281 PJH (BZ) |
| v. | ) | **ORDER SCHEDULING HEARING** |
| R. JAMES NICHOLSON, | ) | |
| Defendants. | ) | |

A hearing on plaintiff's motion for reconsideration which the court deems to be a motion to compel further document production is scheduled for **Wednesday, January 23, 2008** at **10:00 a.m.** in Courtroom G, 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: January 17, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HSIEH\ORD SCHEDULING HEARING.FINAL.wpd

1