1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FANG-YUH HSIEH, | ) | |
| Plaintiff, | ) ) ) | No. C06-5281 PJH (BZ) |
| v. | ) ) ) | **ORDER FOR FURTHER DISCOVERY** |
| R. JAMES NICHOLSON, Secretary, Dept. Of Veterans Affairs, and PHILIP LAVORI, | ) ) ) ) ) | |
| Defendant(s). | ) | |

Before the Court is plaintiff's Request For Reconsideration Of Court Order Dated August 23, 2007, Denying Plaintiff's Motion To Compel Production Of Documents. The court treats this as a motion to compel further production of documents. After considering the moving papers and the arguments of the parties, it appears that defendants have failed to produce documents that should have been produced earlier either through initial voluntary disclosure, supplemental disclosure, or in response to plaintiff's discovery requests, despite earlier court orders. Plaintiff's motion is **GRANTED**. Pursuant to FRCP 37

1

(a)(2)(B), (3) and (4) defendants are hereby **ORDERED** to produce the following documents no later than **January 30, 2008** to the extent they have not already produced them:

1. All documents which relate or refer to plaintiff's 2000 e-mail to Dr. Lavori complaining about discriminatory treatment.
2. All documents which relate or refer to plaintiff's response to the 2001 VA R&D survey distributed to plaintiff by Dr. Davis Ronis.
3. All documents which relate or refer to plaintiff's response to the VA Palo Alto Health Care System Survey distributed to plaintiff in 2001.
4. All documents which relate or refer to the decision to not renew or terminate plaintiff in September 2001.
5. All documents which relate or refer to the hiring of the "younger female statistical programmer" who took over plaintiff's position.
6. All documents which relate or refer to the decision not to hire plaintiff for the statistical programmer position plaintiff applied for in 2005, including all documents which relate or refer to the decision to hire the candidate that was chosen, and to the selection of candidates to interview for the position.

These documents may be produced with personal identifying information of other employees abstracted. If such information becomes relevant, plaintiff may apply to the court for relief.

**IT IS FURTHER ORDERED** that by **January 30, 2008,** Ms. Wang

file a declaration certifying that she personally supervised the search for documents, that she is satisfied the search was thorough and adequate, and that defendants have produced all documents which respond to the aforementioned requests.

Dated: January 24, 2008

_____
Bernard Zimmerman
United States Magistrate Judge